DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COSME PEREZ,** et al.,
Appellants,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D22-788

[February 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case Nos. CACE-17-020188 and CACE-18-003799.

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellants.

Paulo R. Lima and Elizabeth K. Russo of Russo Appellate Firm, P.A. Miami, and Richard B. Doyle of Loughren Doyle and Reising, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***